FILED
2013 MAY 28  PM 12:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

1  JUNJI SUZUKI (SBN 184738)
2  junji@marshallsuzuki.com
3  MARSHALL SUZUKI LAW GROUP, LLP
   150 Spear Street, Suite 725
4  San Francisco, CA 94105
5  Telephone: (415) 618-0090
   Facsimile: (415) 618-0190
6  Attorney for Plaintiff,
7  Milky's Pictures

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT COURT OF CALIFORNIA

MILKY'S PICTURES, a Japanese corporation,

Plaintiff,

v.

FC2, INC., a Nevada corporation, and DOES 1-10, inclusive,

Defendants.

Case No: CV13-03764-GHK (FFMx)

**COMPLAINT FOR DIRECT, CONTRIBUTORY, VICARIOUS, AND INDUCEMENT OF COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

BY FAX

    Plaintiff MILKY'S PICTURES, by and through its attorneys, alleges:

### JURISDICTION

    1.    This is an action for copyright infringement arising under the copyright laws of the United States, 17 U.S.C. § 101 et seq.

    2.    This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

///
///
///

## PARTIES

3. Plaintiff MILKY'S PICTURES ("Plaintiff") is a corporation organized and existing under the laws of Japan with its principal place of business in Japan.

4. Upon information and belief, Defendant FC2, INC. ("Defendant") is a corporation organized and existing under the laws of the State of Nevada.

5. Plaintiff is ignorant of the true names and capacities of defendants sued herein as Does 1-10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

## FIRST CLAIM FOR RELIEF

### Infringement of Copyright

### (Direct, Contributory, Vicarious and/or Inducement of Infringement)

6. Plaintiff hereby incorporates by reference the allegations in paragraphs 1 through 5 above as though fully set forth herein.

7. Plaintiff owns and registered with the United States Copyright Office copyrights in videos and related materials, including but not limited to the works described in Exhibit "A" ("Plaintiff's Works"), which is fully incorporated herein and made a part of this pleading.

8. Upon information and belief, Defendant owns websites, including but not limited to http://video.fc2.com/ ("FC2 Website") which knowingly, willingly, affirmatively, and unlawfully caused infringing copies to be made by its members and users by encouraging and allowing and supporting both paid and free members and users to view, use, upload, and introduce to other users the videos infringing Plaintiff's copyrights. Defendant knowingly, willingly and unlawfully making available online, used and distributed Plaintiff's Works to its members and users. Upon information and belief, Defendant offered and provided incentive programs encouraging people to become paid members to be

Milky's Pictures v. FC2, Inc., et al.
Complaint

-Page 2 of 5-

affiliated with Defendant and upload infringing videos or paid users to view certain restricted contents on FC2 Website and Defendant viewed, controlled, organized and made such infringing videos available on FC2 Website to attract and be viewed by more members and users.

9. Defendant had actual or constructive knowledge of infringement of Plaintiff's Works committed by its members and users and the capabilities and actual use of FC2 Website and its services provided therein in infringing Plaintiff's Works. Defendant induced, caused and materially contributed to its members and users' infringement of Plaintiff's Works in the manner as alleged above.

10. With actual or constructive knowledge of infringement of Plaintiff's Works committed by its member and users, Defendant had the right and ability to supervise and control the acts of its members and users by providing and enforcing the terms of use, including the Defendant's right to ban its members and users' acts or suspend its services to its member and users, and viewing, controlling and organizing FC2 Website and videos uploaded and posted by its users and members, including infringing videos, to attract more members and users. Upon information and belief, Defendant has disabled access to some of the videos infringing Plaintiff's Works upon Plaintiff's notice, but not all of them. Upon information and belief, FC2 Website showing infringing videos including the Plaintiff's Works attracted viewers, member and users, and Defendant offered and provided incentive programs encouraging people to become paid members to be affiliated with Defendant and upload infringing videos or paid users to view certain restricted and/or higher resolution contents on FC2 Website. Defendant shared with and paid to its paid members a percentage of new registration fees paid by new members who were introduced from or registered from the videos posted by its members. Defendant had a direct financial interest in the infringement of the Plaintiff's Works alleged herein.

11. Upon information and belief, with actual or constructive knowledge of infringement of Plaintiff's copyrights committed by its member and users, Defendant induced the infringement of the Plaintiff's Works alleged herein by advertising, soliciting, and encouraging people to view infringing videos posted on FC2 Website, whether for a fee or no fee, and register for the incentive programs to be affiliated with Defendant to upload videos including infringing ones on FC2 Website and share fees with Defendant collected from new members who viewed such videos.

12. Defendant infringed Plaintiff's Works by committing the acts alleged above.

13. Plaintiff has notified Defendant in writing of the infringement of the Plaintiff's Works.

14. Defendant continues to infringe Plaintiff's Works by continuing to use, distribute, and make available online to its members and users Plaintiff's Works in violation of the copyrights.

15. Each of Defendant's acts of infringement alleged above constitutes a separate and distinct act of infringement.

16. As a direct and proximate result of Defendant's direct, contributory, vicarious and/or inducement of infringement of Plaintiff's Works, Plaintiff has suffered and will continue to suffer damages to which Plaintiff is entitled to pursuant to 17 U.S.C. § 504.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. Defendant and Defendant's agents, servants, employees, representatives, successors, and assigns, and all persons acting in concert or participation with any of them be permanently enjoined from copying, reproducing, or distributing Plaintiff's Works, and enabling, causing, contributing to, or participating in infringement of Plaintiff's Works.

2. Defendant account for and pay as damages to Plaintiff all gains, profits and advantages derived by Defendant;

3. Defendant destroy or dispose all copies of Plaintiff's Work in Defendant's possession or control;

4. For actual or statutory damages and profits allowed under 17 U.S.C. § 504;

5. For an accounting for all profits gained from infringing Plaintiff's Works;

6. For prejudgment interest to the fullest extent permitted by law;

7. For Plaintiff's attorney's fees and costs of suit herein incurred to the fullest extent permitted by law; and

8. For such other and further relief as the Court may deem just and proper.

Dated: May 24, 2013          MARSHALL SUZUKI LAW GROUP, LLP

By: _____
Junji Suzuki
Attorney for Plaintiff
Milky's Pictures

# EXHIBIT A

| | Japanese Title | Title at U.S. Copyright Office | International Title | Infringing Works at video.fc2.com | 動画投稿者 | Original Works | PA number/Case ID |
|---|---|---|---|---|---|---|---|
| | 日本語タイトル | 日本語タイトルのローマ字表記 | 海外タイトル | | | | |
| 1 | 新・最終痴漢電車 Vol.1 | Shin Saishuu Chikan Densha 1 | MIDNIGHT SLEAZY TRAIN 2 (Track two) | http://video.fc2.com/ja/a/content/20120523dX1WzPfs/ | 小白鼠NO7 | http://www.ms-pictures.com/label/milky/products/detai | PA0001743366 |
| 2 | 新・最終痴漢電車 Vol.2 | Shin Saishuu Chikan Densha 2 | MIDNIGHT SLEAZY TRAIN 2 (Track two) | http://video.fc2.com/ja/a/content/20120826Gme6Hwhw/ | My☆Ass!!! | http://www.ms-pictures.com/label/milky/products/detai | PA0001743365 |
| 3 | 新・最終痴漢電車 Vol.3 | Shin Saishuu Chikan Densha 3 | MIDNIGHT SLEAZY TRAIN 2 (Track two) | http://video.fc2.com/ja/a/content/20120103NtbGw0aM/ | 冂還吓憎 | http://www.ms-pictures.com/label/milky/products/detai | PA0001743364 |
| 4 | 双子ノ母性本能 第一章 | Futago no Boseihonno 1 | MENAGE A TWINS Vol.1 | http://video.fc2.com/a/content/20120704nmLwmkd5/ | 目黒川 | http://www.ms-pictures.com/label/milky/products/detai | PA0001743121 |
| 5 | 双子ノ母性本能 第二章 | Futago no Boseihonno 2 | MENAGE A TWINS Vol.2 | http://video.fc2.com/a/content/20120704u2cf2rLN/ | 目黒川 | http://www.ms-pictures.com/label/milky/products/detai | PA0001743122 |
| 6 | 未亡人〜ぬめりあう肉欲と淫らに濡れる蜜壷〜第一章「淫辱」 | Miboujin 1 | WIDOW | http://video.fc2.com/a/content/20120514zRE3gR2Q/ | My☆Ass!!! | http://www.ms-pictures.com/label/milky/products/detai | PA0001743123 |
| 7 | 未亡人〜ぬめりあう肉欲と淫らに濡れる蜜壷〜第二章「淫辱」 | Miboujin 2 | WIDOW | http://video.fc2.com/a/content/20120514 0PhAncPA/ | My☆Ass!!! | http://www.ms-pictures.com/label/milky/products/detai | PA0001743124 |
| 8 | 優遇接待 scene-1 孤島の極楽へようこそ | Yuuguu Settai 1 | FRUITS CUP | http://video.fc2.com/ja/a/content/20120103LAXRkNh7/ | wafwag | http://www.ms-pictures.com/label/milky/products/detai | PA0001743133 |
| 9 | 優遇接待 scene-2 孤島の極楽へようこそ | Yuuguu Settai 2 | FRUITS CUP | http://video.fc2.com/ja/a/content/20100903nksmBPcw/ | てめなぼんち | http://www.ms-pictures.com/label/milky/products/detai | PA0001743371 |
| 10 | ミセスジャンキー Vol.1 | Mrs. Junkie 1 | CONSENTING ADULTERY | http://video.fc2.com/ja/a/content/201008175xaLWms0/ | 紫集院蒼夜 | http://www.ms-pictures.com/label/milky/products/detai | PA0001743321 |
| 11 | ミセスジャンキー Vol.2 | Mrs. Junkie 2 | CONSENTING ADULTERY | http://video.fc2.com/ja/a/content/20120924EZJT1bH9/ | H!heaven | http://www.ms-pictures.com/label/milky/products/detai | PA0001743117 |
| 12 | REQUIEM 第1章 | REQUIEM 1 | ANAL SANCTUARY | http://video.fc2.com/ja/a/content/20120701VSK7JX42/ | アニメLOVE | http://www.ms-pictures.com/label/milky/products/detai | PA0001743125 |
| 13 | REQUIEM 第2章 | REQUIEM 2 | ANAL SANCTUARY | http://video.fc2.com/ja/a/content/20120701h7mTr7X0/ | アニメLOVE | http://www.ms-pictures.com/label/milky/products/detai | PA0001743137 |
| 14 | 姦獄〜淫辱の実験棟〜LEVEL1 | Kangoku 1 | PROJECT BOOBS | http://video.fc2.com/ja/a/content/20110608JDQQeW6e/ | SθUL | http://www.ms-pictures.com/label/milky/products/detai | PA0001743351 |
| 15 | 姦獄〜淫辱の実験棟〜LEVEL2 | Kangoku 2 | PROJECT BOOBS | http://video.fc2.com/ja/a/content/20120 8065CADZypd/ | H!ever | http://www.ms-pictures.com/label/milky/products/detai | PA0001743352 |
| 16 | 義母の吐息〜背徳心に漂う母の色香〜Vol.1 | Gibo no Toiki 1 | DO YOU KNOW THE MILFING MAN? | http://video.fc2.com/ja/a/content/201205200fDMFFCnT/ | My☆Ass!!! | http://www.ms-pictures.com/label/milky/products/detai | PA0001743355 |
| 17 | 義母の吐息〜背徳心に漂う母の色香〜Vol.2 | Gibo no Toiki 2 | DO YOU KNOW THE MILFING MAN? | http://video.fc2.com/ja/a/content/20120520WvYAF9rU/ | My☆Ass!!! | http://www.ms-pictures.com/label/milky/products/detai | PA0001743358 |
| 18 | おっぱいの王者48 第1話 | Oppai no Oja 48 episode1 | opaino oja 48 | http://video.fc2.com/ja/a/content/201003246SxVeURv/ | SugarDark | http://www.ms-pictures.com/label/platinum/products/de | PA0001743120 |
| 19 | リゾートBoin 第1話 | Resort Boin 1 | rizort Boin | http://video.fc2.com/ja/a/content/20100819pxVN7MWd/ | kuerue | http://www.ms-pictures.com/label/milky/products/detai | PA0001743360 |
| 20 | リゾートBoin 第2話 | Resort Boin 2 | rizort Boin | http://video.fc2.com/ja/a/content/201012202emNWe1E/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/milky/products/detai | PA0001743370 |
| 21 | リゾートBoin 第3話 | Resort Boin 3 | rizort Boin | http://video.fc2.com/ja/a/content/20101220S4rRJAxP/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/milky/products/detai | PA0001743368 |
| 22 | おしえてRe:メイドれっすん1 | Oshiete Re: Maid Lesson 1 | osiete RE: meido resun | http://video.fc2.com/ja/a/content/201105233x2sDsAC | NL2G.14ーS | http://www.ms-pictures.com/label/milky/products/detai | PA0001743118 |
| 23 | おしえてRe:メイドれっすん2 | Oshiete Re: Maid Lesson 2 | osiete RE: meido resun | http://video.fc2.com/ja/a/content/20111029NaLXExQt/ | アルマジロウmk2 | http://www.ms-pictures.com/label/milky/products/detai | PA0001743119 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | あねいも第二章 | Aneimo 1 | aneimo | http://video.fc2.com/ja/a/content/20110126gNTLBs7x/ | Φ㋐㋭㋫Φ | http://www.ms-pictures.com/label/milky/products/detai | PA0001743131 |
| 25 | あねいも第一章 | Aneimo 2 | aneimo | http://video.fc2.com/ja/a/content/20110118kv7HnCMB/ | 四夜蒼羅 | http://www.ms-pictures.com/label/milky/products/detai | PA0001743130 |
| 26 | 彼女×彼女×彼女 第1話 | Kanojo x Kanojo x Kanojo 1 | Kanojo x Kanojo x Kanojo | http://video.fc2.com/ja/a/content/20110912MCvpPVzx/ | PRS4224 | http://www.ms-pictures.com/label/platinum/products/de | PA0001743128 |
| 27 | 愛のカタチ　secen1 | Ai no Katachi 1 | ainokatati | http://video.fc2.com/ja/a/content/20120819PhLvUeyP/ | H!ever | http://www.ms-pictures.com/label/milky/products/detai | PA0001743127 |
| 28 | 愛のカタチ　secen2 | Ai no Katachi 2 | ainokatati | http://video.fc2.com/ja/a/content/20120819fTt4GW0g/ | H!ever | http://www.ms-pictures.com/label/milky/products/detai | PA0001743132 |
| 29 | 女系家族　第一章 | Jokei Kazoku 1 | THE immorals | http://video.fc2.com/ja/a/content/20120727175JwyaV/ | H!ever | http://www.ms-pictures.com/label/milky/products/detai | PA0001741718 |
| 30 | 女系家族　第二章 | Jokei Kazoku 2 | THE immorals | http://video.fc2.com/ja/a/content/20120727VrFwvR46/ | H!ever | http://www.ms-pictures.com/label/milky/products/detai | PA0001741720 |
| 31 | 妻とママとボイン　第1話 | Tsuma to Mama to Boin 1 | CANT ALOUPE COLLECTOR | http://video.fc2.com/ja/a/content/201108086hfTNQSv/ | suzaku4869 | http://www.ms-pictures.com/label/milky/products/detai | PA0001741558 |
| 32 | 妻とママとボイン　第2話 | Tsuma to Mama to Boin 2 | CANT ALOUPE COLLECTOR | http://video.fc2.com/a/content/20110808BkH2FRea | suzaku4869 | http://www.ms-pictures.com/label/milky/products/detai | PA0001741559 |
| 33 | 洗濯屋しんちゃん 第1話 | Sentakuya Shin-chan 1 | DIRTY LANDRY | http://video.fc2.com/ja/a/content/20110811cZHta41q/ | Φ㋐㋭㋫Φ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741567 |
| 34 | 洗濯屋しんちゃん 第2話 | Sentakuya Shin-chan 2 | DIRTY LANDRY | http://video.fc2.com/ja/a/content/20110811AzL2SJUM/ | Φ㋐㋭㋫Φ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741722 |
| 35 | ドキドキ母娘レッスン 前編 | Dokidoki Oyako Lesson 1 | LEARNIN THE HARD WAY | http://video.fc2.com/ja/a/content/20110914RvdZkRn7/ | おにく～ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741727 |
| 36 | ドキドキ母娘レッスン 後編 | Dokidoki Oyako Lesson 2 | LEARNIN THE HARD WAY | http://video.fc2.com/ja/a/content/20110914rMxKc21f/ | おにく～ | http://www.ms-pictures.com/label/milky/products/dokidoki/200706_dokidoki | PA0001741724 |
| 37 | 連鎖病棟　karte1 | Rensa Byoutou 1 | rensa byoutou | http://video.fc2.com/ja/a/content/20110827GXFmfSzW | おにく～ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741729 |
| 38 | 連鎖病棟　karte2 | Rensa Byoutou 2 | rensa byoutou | http://video.fc2.com/ja/a/content/201108277PXzTg4U | おにく～ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741548 |
| 39 | 仕舞妻　第一夜 | Shimaizuma 1 | simaiduma | http://video.fc2.com/ja/a/content/20101022k1dHAUSR/ | cbdcbd78 | http://www.ms-pictures.com/label/milky/products/detai | PA0001741552 |
| 40 | 仕舞妻　第二夜 | Shimaizuma 2 | simaiduma | http://video.fc2.com/ja/a/content/20111101uZY0BVKX/ | アルマジロウmk2改 | http://www.ms-pictures.com/label/milky/products/detai | PA0001741555 |
| 41 | 姫騎士アンジェリカ 第一夜 | Himekishi Angelica 1 | himekisianjerika | http://video.fc2.com/ja/a/content/201012192DBLXHpy/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/milky/products/detai | PA0001741580 |
| 42 | 姫騎士アンジェリカ 第二夜 | Himekishi Angelica 2 | himekisianjerika | http://video.fc2.com/ja/a/content/201012199qm55ebkB/ | エロアニメ大全>MHA>神 | http://www.ms-pictures.com/label/milky/products/detai | PA0001741578 |
| 43 | 淫妖蟲　触　壱の巻 | Inyouchuu shoku 1 | inyouchu | http://video.fc2.com/a/content/201111117vdUSHVvg/ | ネコイチ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741586 |
| 44 | 淫妖蟲　触　弐の巻 | Inyouchuu shoku 2 | inyouchu | http://video.fc2.com/ja/a/content/20111117YBMq7K3q/ | ネコイチ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741565 |
| 45 | 妻しぼり　第一幕 | Tsuma Shibori 1 | tumasibori | http://video.fc2.com/a/content/20110218DnVzNC1g | ネコイチ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741576 |
| 46 | 妻しぼり　第二幕 | Tsuma Shibori 2 | tumasibori | http://video.fc2.com/ja/a/content/20110218wDW4abCu | ネコイチ | http://www.ms-pictures.com/label/milky/products/detai | PA0001741575 |
| 47 | 姫奴隷　第一幕 | Hime Dorei 1 | himedorei | http://video.fc2.com/ja/a/content/20110323kxzVDBPF/ | hentaisex | http://www.ms-pictures.com/label/milky/products/detai | PA0001741574 |

| # | 日本語タイトル | Romaji | English | FC2 URL | Uploader | MS-Pictures URL | Reg. # |
|---|---|---|---|---|---|---|---|
| 48 | 姫奴隷 第二幕 | Hime Dorei 2 | himedorei | http://video.fc2.com/ja/a/content/20101130nhddwAUp/ | muscatyasu | http://www.ms-pictures.com/label/milky/products/detai | PA0001741715 |
| 49 | あなたの知らない看護婦〜性的病棟24時〜 第一話 天使 | Anata no Shiranai Kangofu 1 | Anata no Shiranai Kangofu | http://video.fc2.com/ja/a/content/20120818GqMNS9Lv/ | ぶっかけの痴 | http://www.ms-pictures.com/label/platinum/products/de | PA0001741582 |
| 50 | あなたの知らない看護婦〜性的病棟24時〜 第二話 私を | Anata no Shiranai Kangofu 2 | Anata no Shiranai Kangofu | http://video.fc2.com/ja/a/content/20120819RvspDtmK/ | ぶっかけの痴 | http://www.ms-pictures.com/label/platinum/products/de | PA0001741730 |
| 51 | 放課後〜濡れた制服〜課外授業1 | Houkago 1 | After Class Lesson 1 | http://video.fc2.com/ja/a/content/20100504dJ1NE0Wh/ | mogu | http://www.ms-pictures.com/label/milky/products/detai | 1-835962241 |
| 52 | 放課後〜濡れた制服〜課外授業2 | Houkago 2 | After Class Lesson 2 | http://video.fc2.com/ja/a/content/20110510cyvhXVbU/ | 正直屋乳業 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028354 |
| 53 | 放課後〜濡れた制服〜課外授業3 | Houkago 3 | After Class Lesson 3 | http://video.fc2.com/ja/a/content/20110510W5p6URxt/ | 正直屋乳業 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028376 |
| 54 | 人妻凌辱参観日1 | Hitozuma Ryoujoku Sankanbi 1 | Desperate Carnal Housewives 1 | http://video.fc2.com/ja/a/content/20110407Y3qpd4ty/ | cherrys530 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028398 |
| 55 | 人妻凌辱参観日 二話、お受験する人妻 | Hitozuma Ryoujoku Sankanbi 2 | Desperate Carnal Housewives 2 | http://video.fc2.com/ja/a/content/20110407 9vBzRcHJ/ | cherrys530 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028420 |
| 56 | boin レクチャー1 | Boin 1 | Boin 1 | http://video.fc2.com/ja/a/content/20110905vuYnD0LA/ | みっひー | http://www.ms-pictures.com/label/milky/products/detai | 1-836028442 |
| 57 | boin レクチャー2 | Boin 2 | Boin 2 | http://video.fc2.com/ja/a/content/20120512qECG3LSU/ | 小白鼠NO7 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028464 |
| 58 | 肉嫁 高柳家の人々 其の壱 性獄の屋敷 | Nikuyome Takayanagikenohitobito 1 | Mistreate Bride 1 | http://video.fc2.com/ja/a/content/201001013XqRtcTM/ | イェヒョンの | http://www.ms-pictures.com/label/milky/products/detai | 1-836028486 |
| 59 | 肉嫁 高柳家の人々 其の弐 満開の蒸れ肉 | Nikuyome Takayanagikenohitobito 2 | Mistreate Bride 2 | http://video.fc2.com/ja/a/content/20120603 42ZQ5143/ | alwayswet | http://www.ms-pictures.com/label/milky/products/detai | 1-836028530 |
| 60 | 肉嫁 高柳家の人々 其の参 禁忌(タブー)と背徳 | Nikuyome Takayanagikenohitobito 3 | Mistreate Bride 3 | http://video.fc2.com/ja/a/content/20120307Hd7fyfh2/ | 山かな谷かな | http://www.ms-pictures.com/label/milky/products/detai | 1-836028552 |
| 61 | 肉嫁 高柳家の人々 其の四 最終話 | Nikuyome Takayanagikenohitobito 4 | Mistreate Bride 4 | http://video.fc2.com/ja/a/content/20120603P4YFfWeY/ | alwayswet | http://www.ms-pictures.com/label/milky/products/detai | 1-836028574 |
| 62 | 気になるルームメイト room1 | Kininaru Roommate 1 | The Roommate 1 | http://video.fc2.com/ja/a/content/20110226wG42X4mA/ | ネコイチ | http://www.ms-pictures.com/label/milky/products/detai | 1-836028596 |
| 63 | 気になるルームメイト room2 | Kininaru Roommate 2 | The Roommate 2 | http://video.fc2.com/ja/a/content/20111025s5QfPNGM/ | MIKE | http://www.ms-pictures.com/label/milky/products/detai | 1-836028618 |
| 64 | カンブリアン 1st stage 淫獣の感染 | CAMBRIAN 1 | CAMBRIAN 1 | http://video.fc2.com/ja/a/content/20120720q7xWWSDS/ | 目黒川 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028640 |
| 65 | カンブリアン last stage | CAMBRIAN 2 | CAMBRIAN 2 | http://video.fc2.com/ja/a/content/20120720nUhe6HmB/ | 目黒川 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028662 |
| 66 | 凌辱人妻温泉 壱の湯 | Ryoujoku Hitozuma Onsen 1 | Spa of Love 1 | http://video.fc2.com/ja/a/content/20120509uktFBVwG/ | alwayswet | http://www.ms-pictures.com/label/milky/products/detai | 1-836028684 |
| 67 | 凌辱人妻温泉 弐の湯 | Ryoujoku Hitozuma Onsen 2 | Spa of Love 2 | http://video.fc2.com/ja/a/content/20091230KBErYeSv/ | イェヒョンの | http://www.ms-pictures.com/label/milky/products/detai | 1-836028728 |
| 68 | 背徳妻〜秘められた性〜上巻 | Haitokuzuma 1 | Insatable 1 | http://video.fc2.com/ja/a/content/20100911F6e50Bsf/ | 洋平 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028750 |
| 69 | 背徳妻2 | Haitokuzuma 2 | Insatiable 2 | http://video.fc2.com/ja/a/content/20100911 4a4zxXG1/ | 洋平 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028772 |
| 70 | 姉とボイン vol.1 | Ane to Boin 1 | IT'S A FAMILY AFFAIR 1 | http://video.fc2.com/ja/a/content/20100322LdBabTUP/ | SugarDark | http://www.ms-pictures.com/label/milky/products/detai | 1-836028794 |
| 71 | 姉とボイン vol.2 | Ane to Boin 2 | IT'S A FAMILY AFFAIR 2 | http://video.fc2.com/ja/a/content/20110217Qk5zGJ0h/ | もーえる | http://www.ms-pictures.com/label/milky/products/detai | 1-836028816 |
| 72 | クライミライ scene1 淫惨なる過去 | Kurai Mirai 1 | DARK FUTURE 1 | http://video.fc2.com/ja/a/content/201201254Sr4Lwg9/ | ネコイチ | http://www.ms-pictures.com/label/milky/products/detai | 1-836028868 |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73 | クライミライ2 | Kurai Mirai 2 | DARK FUTURE 2 | http://video.fc2.com/ja/a/content/201208090U3KcDVg/ | H!ever | http://www.ms-pictures.com/label/milky/products/detai | 1-836028900 |
| 74 | 聖肛女 第一章 聖なる契約書 | Seikoujo 1 | Dark Chapel 1 | http://video.fc2.com/ja/a/content/20110811vrCnGmGx/ | Ф⑦あ⑦Ф | http://www.ms-pictures.com/label/milky/products/detai | 1-836028922 |
| 75 | 聖肛女2 | Seikoujo 2 | Dark Chapel 2 | http://video.fc2.com/ja/a/content/20121124d3Ag4pwN/ | H!heaven | http://www.ms-pictures.com/label/milky/products/detai | 1-836028944 |
| 76 | MILKジャンキー姉妹編 3 | Milk Jankie Shimaihen 3 | Boobalicious 1 | http://video.fc2.com/ja/a/content/20101220Wk2pRmGk/ | 小白鼠NO7 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028966 |
| 77 | MILKジャンキー姉妹編 4 | Milk Jankie Shimaihen 4 | Boobalicious 2 | http://video.fc2.com/ja/a/content/20101219JRSnNaXQ/ | 小白鼠NO7 | http://www.ms-pictures.com/label/milky/products/detai | 1-836028988 |
| 78 | アキバ系彼女さーくる1 | Akibakei Kanojo 1 | AKIBA GIRLS vol.1 | http://video.fc2.com/ja/a/content/20120904ZFPsy6SH/ | My☆Ass!!! | http://www.ms-pictures.com/label/milky/products/detai | 1-836029010 |
| 79 | アキバ系彼女さーくる2 | Akibakei Kanojo 2 | AKIBA GIRLS vol.2 | http://video.fc2.com/ja/a/content/20120514LerPRQN9/ | H!heaven | http://www.ms-pictures.com/label/milky/products/detai | 1-836029032 |
| 80 | アキバ系彼女さーくる3 | Akibakei Kanojo 3 | AKIBA GIRLS vol.3 | http://video.fc2.com/ja/a/content/20120514XycNHkry/ | H!heaven | http://www.ms-pictures.com/label/milky/products/detai | 1-836029054 |
| 81 | 魔法少女アイ参 THE ANIME Vol.1 魔法少女 再臨 | Maho Shojo Ai San 1 | Maho Shojo Ai san 1 | http://video.fc2.com/ja/a/content/20110722FKm0UmBd/ | ネコイチ | http://www.ms-pictures.com/label/platinum/products/de | 1-836029086 |
| 82 | 魔法少女アイ参 THE ANIME Vol.2 メグ見参 | Maho Shojo Ai San 2 | Maho Shojo Ai san 2 | http://video.fc2.com/ja/a/content/20110721EYN5LPbF/ | ネコイチ | http://www.ms-pictures.com/label/platinum/products/de | 1-836029108 |
| 83 | 魔法少女アイ参 THE ANIME Vol.3 魔法少女 光臨 | Maho Shojo Ai San 3 | Maho Shojo Ai san 3 | http://video.fc2.com/ja/a/content/20110721MU7Adm9t/ | ネコイチ | http://www.ms-pictures.com/label/platinum/products/de | 1-836029130 |
| 84 | 彼女×彼女×彼女 ～三姉妹とのドキドキ共同生活～ 第2話 都会はトイレ、保 | Kanojo x Kanojo x Kanojo 2 | Kanojo x Kanojo x Kanojo 2 | http://video.fc2.com/ja/a/content/20101008YEfVgMFB/ | ネコイチ | http://www.ms-pictures.com/label/platinum/products/detail.php?id=235 | 1-836029152 |
| 85 | おっぱいの王者48 第二話 | Oppai no Oja 48 episode2 | Oppai no Oja 48 episode2 | http://video.fc2.com/ja/a/content/201205077ceEyBLNY/ | H!heaven | http://www.ms-pictures.com/label/platinum/products/de | 1-836018522 |
| 86 | ふたりの兄嫁 第一章 | Futari no Aniyome 1 | DESTINED FOR LOVE | http://video.fc2.com/ja/a/content/20100322X0ZL4S2g | SugarDark | http://www.ms-pictures.com/label/milky/products/detai | 1-836018544 |
| 87 | ふたりの兄嫁 第二章 完結編 | Futari no Aniyome 2 | DESTINED FOR LOVE | http://video.fc2.com/ja/a/content/201003227AuZTgx6 | SugarDark | http://www.ms-pictures.com/label/milky/products/detai | 1-836018566 |
| 88 | 彼女は花嫁候補生？シンデレラコレクショ | Kanojo wa Hanayome Kouhosei ? 1 | Kanojo ha Hanayome Kouhosei ? 1 | http://video.fc2.com/ja/a/content/201109062tKnCdw/ | おにく～ | http://www.ms-pictures.com/label/platinum/products/de | 1-836018610 |
| 89 | 催眠術 2nd version-1 ～幻想と淫夢の世界 | Saiminjutu 2nd version 1 | Saiminjutu 2nd version-1 | http://video.fc2.com/ja/a/content/2012072509EevG2X/ | サイクロンクリーナー | http://www.ms-pictures.com/label/milky/products/detai | 1-836018654 |
| 90 | 催眠術 2nd version-2 ～幻想と淫欲の領域 | Saiminjutu 2nd version 2 | Saiminjutu 2nd version-2 | http://video.fc2.com/ja/a/content/20120725z9x6TLAH/ | サイクロンクリーナー | http://www.ms-pictures.com/label/milky/products/detai | 1-836018676 |
| 91 | 牝教師～淫辱の教室～ #1 私、汚されてしまいま | Mesu Kyoushi 1 | Mesu Kyoushi #1 | http://video.fc2.com/ja/a/content/201012215gy772Zb/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/milky/products/detai | 1-836018698 |
| 92 | 牝教師～淫辱の教室～ #2 私、もう戻れません | Mesu Kyoushi 2 | Mesu Kyoushi #2 | http://video.fc2.com/ja/a/content/20101221cQgCQMzW/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/milky/products/detai | 1-836018720 |
| 93 | 牝教師～淫辱の教室～ #3 私、仕合わせです… | Mesu Kyoushi 3 | Mesu Kyoushi #3 | http://video.fc2.com/ja/a/content/20101221WK0QAZDV/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/milky/products/detai | 1-836018742 |
| 94 | 彼女は花嫁候補生？シンデレラコレクション Vol. 2 | Kanojo wa Hanayome Kouhosei ? 2 | Kanojo ha Hanayome Kouhosei ? 2 | http://video.fc2.com/ja/a/content/20101218tqSZFPq3 | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/platinum/products/de | 1-836018632 |
| 95 | 超昂閃忍ハルカ 壱 双龍輪 | Chokou Sennin Haruka 1 | Chokou Sennin Haluka 1 | http://video.fc2.com/ja/a/content/20101218 4mEQFcyk/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/platinum/products/de | 1-836018764 |
| 96 | 超昂閃忍ハルカ 弐 龍の者 | Chokou Sennin Haruka 2 | Chokou Sennin Haluka 2 | http://video.fc2.com/ja/a/content/20120305crncFc69/ | 星の海 | http://www.ms-pictures.com/label/platinum/products/de | 1-836018786 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 97 | 超昂閃忍ハルカ 参 いにしえの閃忍 | Chokou Sennin Haruka 3 | Chokou Sennin Haluka 3 | http://video.fc2.com/ja/a/content/20101218t400pmsk/ | エロアニメ大全>MHA>神のみぞ知る | http://www.ms-pictures.com/label/platinum/products/de | 1-836018808 |
| 98 | 教育指導 | Kyoikushido | KyouikuShido | http://video.fc2.com/ja/a/content/201201147cX61PLp/ | ネコイチ | http://www.ms-pictures.com/label/milky/products/1011 | 1-836018830 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

**CV13- 3764 GHK (FFMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

Name & Address:
JUNJI SUZUKI (SBN 184738)
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Tel: (415) 618-0090

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MILKY'S PICTURES, a Japanese corporation

PLAINTIFF(S)

v.

FC2, INC., a Nevada corporation, and DOES 1-10, inclusive

DEFENDANT(S).

CASE NUMBER

CV13-03764-GHK (FFMx)

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Junji Suzuki_____, whose address is __150 Spear Street, Suite 725, San Francisco, CA 94105_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 2 8 2013__     By: __MARIA D_____
                                  Deputy Clerk
                                  (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (10/11)                                    SUMMONS

Name & Address:
JUNJI SUZUKI (SBN 184738)
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Tel: (415) 618-0090

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MILKY'S PICTURES, a Japanese corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-03764-GHK (FFMx) |
| FC2, INC., a Nevada corporation, and DOES 1-10, inclusive | |
| DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Junji Suzuki_____, whose address is _150 Spear Street, Suite 725, San Francisco, CA 94105_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 28 2013__   By: _____
                                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                               SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| MILKY'S PICTURES, a Japanese corporation | FC2, INC., a Nevada corporation, and Does 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|
| Junji Suzuki (SBN184738)<br>MARSHALL SUZUKI LAW GROUP, LLP<br>150 Spear Street, Suite 725, San Francisco, CA 94105<br>Tel: (415) 618-0090 | BY FAX |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement under 17 U.S.C. 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-03764**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Japan |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Nevada |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: May 24, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |