JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Plaintiff,
Milky's Pictures

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MILKY'S PICTURES, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>FC2, INC., a Nevada corporation, and DOES 1-10, inclusive,<br><br>Defendants.<br>_____ | Case No: CV13-3764-GHK (FEMx)<br><br>**PLAINTIFF'S COUNSEL'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

I, Junji Suzuki, as counsel of record for Plaintiff MILKY'S PICTURES ("Plaintiff"), respectfully submit this response to the Court's Order to Show Cause issued on October 21, 2013 (the "OSC"). The OSC provides that I failed to comply with the August 14, 2013 Order Setting Scheduling Conference (the "Court's Order") requiring that "[c]ounsel primarily responsible for the conduct of this litigation and who has the authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed...SHALL ATTEND IN PERSON."

**Milky's Pictures v. FC2, Inc., et al. (CV13-3764-GHK (FEMx))**
Plaintiff's Counsel's Response to Court's Order to Show Cause

-Page 1 of 2-

I was unable to personally attend the hearing due to my inadvertent misunderstanding of the Court's Order.  Because I authorized Mr. William A. Brown to personally appear, enter into stipulations and make admissions under my supervision and as local counsel for my firm regarding all matters that I reasonably anticipated might be discussed at the Scheduling Conference, I believed I had complied with the Court's Order.  I was also unable to personally attend the hearing due to my conflicting business trip to Japan and asked Mr. Brown to appear on behalf of my firm.

     I sincerely apologize to the Court for the inconvenience caused by my misunderstanding of the Court's Order.  I assure the Court that I will personally attend any future hearing the Court may require.  I respectfully ask the Court not to impose any sanctions against me at this time.

Respectfully submitted,

Dated: October 24, 2013    MARSHALL SUZUKI LAW GROUP, LLP


By:_____/s/_____
    Junji Suzuki
    Attorney for Plaintiff
    Milky's Pictures

**Milky's Pictures v. FC2, Inc., et al. (CV13-3764-GHK (FEMx))**
Plaintiff's Counsel's Response to Court's Order to Show Cause

-Page 2 of 2-