|   |   |
|---|---|
| 1  JUNJI SUZUKI (SBN 184738) | |
| 2  junji@marshallsuzuki.com | **JS-6** |
|    MARSHALL SUZUKI LAW GROUP, LLP | |
| 3  150 Spear Street, Suite 725 | **FILED: 1/29/15** |
| 4  San Francisco, CA 94105 | |
|    Telephone: (415) 618-0090 | |
| 5  Facsimile: (415) 618-0190 | |
| 6  Attorney for Plaintiff, | |
| 7  Milky's Pictures | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILKY'S PICTURES, a Japanese corporation, | ) ) ) | Case No: CV13-3764-GHK (FFMx) |
| Plaintiff, | ) ) ) | **[Proposed] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION** |
| v. | ) ) | |
| FC2, INC., a Nevada corporation, and DOES 1-10, inclusive, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

  Having considered the Stipulation for Order for Dismissal with Prejudice filed by Plaintiff Milky's Pictures' and Defendant FC2, Inc., and finding good cause therefore,

**IT IS HEREBY ORDERED:**

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii);
2. Each party shall bear its own attorneys' fees and costs; and

**Milky's Pictures v. FC2, Inc., et al. (CV13-3764-GHK (FFMx))**
Order for Dismissal with Prejudice pursuant to Stipulation
-Page 1 of 2-

|   |   |
|---|---|
| 1 |  |
| 2 | 3.  This Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement entered between the parties on January 21, 2015. |

Dated:    1/28/15            By: _____
                                         Honorable George H. King
                                         Chief United States District Judge

-Page 2 of 2-

**Milky's Pictures v. FC2, Inc., et al. (CV13-3764-GHK (FFMx))**
Order for Dismissal with Prejudice pursuant to Stipulation